Ari H. Marcus, Esq.
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

Yitzchak Zelman, Esq.
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970

*All Correspondences to NJ Office*

November 19, 2019

Honorable U.S. Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201
*Via ECF*

                Re:        **Madar v. R.A. Rogers, Inc.**
                            **1:18-cv-07296-ARR-CLP**

To the Honorable U.S. Magistrate Judge Pollak,

      The undersigned represents the Plaintiff in the above-referenced putative class action brought under the Fair Debt Collection Practices Act (the FDCPA). The instant Letter is submitted to notify the Court that the Plaintiff has untimely passed away.

      Pursuant to FRCP 25, it is the Plaintiff's intention to substitute in the administrator of the Plaintiff's Estate as the Plaintiff in this action, once the Estate is set up and Letters of Administration are issued. To the best of the undersigned's understanding, no such Estate has been set up yet, and it will likely take several months to finalize the establishment of the Estate.

      It is therefore respectfully requested that this case be stayed for ninety days, so that an Estate may be set up and a Rule 25 Motion filed. Given this turn of events, it is also respectfully requested that the Status Conference scheduled for tomorrow, November 20, 2019, be adjourned *sine die*.

      Defendant's counsel is copied on this communication, and has consented to the relief requested herein.

                                                              Respectfully Submitted,

                                                             /s/ Yitzchak Zelman
                                                             Yitzchak Zelman, Esq.